United States District Court Northern District of Oklahoma

Gordon Todd Skinner,
Plaintiff

V.

Glanz, et al,
Defendant(s)

Case No.
07-CV-223-CVE-SAJ

**FILED**

JUL 1 6 2007

Phil Lombardi, Clerk
U.S. DISTRICT COURT

\_ Drop Box ✓ Mail  \_ No Cert Svc  \_ No Orig Sign  \_ C/J  \_ C/MJ
✓ C/Ret'd  \_ No Env  \_ No Cpys  \_ No Env/Cpys  \_ O/J  \_ O/MJ

Motion to request copy of Motion to Supplement record by Gordon McAllister dated 5/29/2007 entered 5/30/2007. Plaintiff never received copy of this Motion, Plaintiff has no way to do so and Gordon McAllister has Plaintiffs address to send such and has not done so. Plaintiff believes it is improper to file a Motion without some attempt to send Plaintiff copy of such. Plaintiff request Court to send copy of such to Plaintiff.

Page 1

Please send to:
Gordon Todd Skinner, D.O.C. #556865
DCCC, W204
P.O. Box 220
Hominy, OK 74035

Respectfully and truly

*Gordon Todd Skinner*

Gordon Todd Skinner
Pro Se

Executed at DCCC on July 13th, 2007
by *S.T.*