

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

July 18, 2007

RECEIVED
JUL 2 0 2007
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Gordon Todd Skinner
Dick Connor Correctional Center
#556865
P.O. Box 220
Hominy, OK 74035

Re: 07-5095, Skinner v. Glanz
Dist/Ag docket: 07-CV-0223-CVE-SAJ,

Dear Mr. Skinner:

We have enclosed an Entry of Appearance form. Attorneys for parties must complete and file the form within 10 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. See 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

In addition, please note that under the Prisoner Litigation Reform Act prisoners are required to pay the full amount of the filing fee. See 28 U.S.C. 1915. The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the statute. They include, but are not limited to, providing a certified copy of your trust fund statement for the preceding six months, and consenting to the collection of the funds from your account by your custodian.

The $5.00 filing fee and $450.00 docket fee were not paid to the district clerk when the notice of appeal was filed as required by Fed. R. App. P. 3(e). Unless the fees are paid to the district clerk or an application for leave to proceed without prepayment of fees is made to this court, within 40 days of the date of this letter, this appeal may be dismissed without further notice. See 10th Cir. R. 3.3(B).

The district clerk will transmit, to the court of appeals as the record on appeal, copies of all documents filed in the district court except those excluded by 10th Cir. R. 10.3(E).

Appellant shall file an opening brief within 40 days of the date of this letter. Failure to file a brief is ground for dismissal without further notice. Motions for extension of time are not favored and, absent extraordinary circumstances, will not be granted.

Appellant may use the enclosed form or may file a separate brief. If appellant elects not to use the form, appellant's brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules. Failure to file a brief is grounds for dismissal without further notice.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: Deputy Clerk

clk:lg

cc:
    Phil Lombardi, Clerk